IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



FILED

DEC - 4 2025

CLERK U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:25-MJ-93 |
| | ) (Misdemeanor) |
| RACHEL LORANE PENDERGRAST | ) VA 19 |
| | ) |
| | ) Court Date: 4 December, 2025 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. E2274682

THE UNITED STATES ATTORNEY CHARGES:

That on or about 3 December, 2025, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and the Eastern District of Virginia, the defendant, RACHEL L. PENDERGRAST, did drive or operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test administered as provided; while under the influence of alcohol; or while under the influence of any narcotic drug or any other self-administered intoxicant or drug of whatsoever nature, or any combination of such drugs or while under the combined influence of alcohol and any drug or drugs to a degree which impaired her ability to drive or operate a motor vehicle safely. The blood alcohol level of the accused was 0.18 as indicated by the chemical test administered as provided. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Section 18.2-266 and 270(A)).

## COUNT TWO
(Misdemeanor) Ticket No. E2274683

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about 3 December, 2025, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, RACHEL L. PENDERGRAST, willfully contributed to, encouraged, or caused an act, omission, or condition that renders a child delinquent, in need of services, in need of supervision, or abused or neglected as defined in § 16.1-288. (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-371).

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By: _____
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-9115
Fax: (757) 878-3442
Gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on 4 December, 2025, I caused to be hand delivered a true copy of the foregoing Criminal Information on the defendant Rachel L. Pendergrast.

By: _____
GOUJON.GREGORY.MICHAEL.1407273156
Digitally signed by GOUJON.GREGORY.MICHAEL.1407273156
Date: 2025.12.04 07:51:41 -05'00'

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, 9115
Fax: (757) 878-3442
Gregory.m.goujon.mil@army.mil